# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CHRIS CARROLL,**

    Petitioner,

vs.                                         Case No. 4:08cv461-RH/WCS

**UNITED STATES OF AMERICA,,**

    Respondent.

_____/

## REPORT AND RECOMMENDATION TO TRANSFER

    This cause is before the court on a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. Doc. 1. Petitioner paid the filing fee.

    Petitioner is in state custody at Franklin Correctional Institution, located in this district. He has a prior federal conviction out of the Middle District of Alabama, case 2:01cr60-WHA. He was released to a term of supervised release, and jurisdiction over his supervised release was transferred to the Middle District of Florida, case 6:07cr172-

PCF.[1]  Petitioner was then arrested and convicted of charges in Florida, and is now serving a ten year state sentence.

Petitioner admits "it is evident and un-refutable" that he violated supervised release, "he voluntarily and intelligently admits" to the violation, and waives the assistance of counsel for purposes of revocation.  Doc. 1, attached memorandum, pp. 3, 5-6.  He asks this court to revoke his supervised release and sentence him, which he claims would dispose of the detainer limiting his opportunities within the Florida Department of Corrections.  He also hopes that the federal sentence can be served concurrently with the state sentence,

Review of the dockets in the Middle District of Alabama and Middle Districts of Florida[2] reveals no action in either case on violation of supervised release.  Relief, if any, in expediting a revocation proceeding is more appropriately sought in the court having jurisdiction over Petitioner's supervised release.

---

[1] This is contrary to Petitioner's assumption that, because he is incarcerated here, jurisdiction over his supervised release lies in this district.  Doc. 1, attached memorandum, p. 3.

[2] Available in PACER (Public Access to Electronic Records).

Case No. 4:08cv461-RH/WCS

It is therefore respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the Middle District of Florida, Orlando Division, case 6:07cr172-PCF, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on October 27, 2008.

 S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**