# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

CHRIS CARROLL,

    Petitioner,

v.                                             CASE NO.  4:08cv461-RH/WCS

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation (document 3).  No objections have been filed.  Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court.  This case is transferred to the United States District Court for the Middle District of Florida, Orlando Division.  The clerk must take all steps

necessary to effect the transfer.

SO ORDERED on November 26, 2008.

s/Robert L. Hinkle  
Chief United States District Judge